UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOE ERNEST PHILLIPS                                                            PETITIONER
Reg #35519-044

V.                            NO. 2:22-CV-00117-JM-JTR

JOHN P. YATES, Warden
Forrest City Correctional Institution                                          RESPONDENT

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Phillips's Petition for Writ of Habeas Corpus, *Doc. 1,* is DENIED. This case is DISMISSED without prejudice. Phillips's Motions to Compel and for Summary Disposition are DISMISSED as moot.

IT IS SO ORDERED this 26th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE